# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. ASHFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. JEFFREY NEUBARTH, M.D.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-6120 OWW LJO P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 26) |

　　　On February 9, 2005, the court found service of plaintiff's complaint appropriate and ordered plaintiff to complete and return documents relating to service of process within thirty days. On April 4, 2005, after more than thirty days passed and plaintiff failed to comply with or otherwise respond to the court's order, the court issued a Findings and Recommendations recommending dismissal of this action. On April 28, 2005, plaintiff filed objections to the Findings and Recommendations and submitted the service documents in compliance with the court's order of February 9, 2005.

　　　Based on plaintiff's contention that he previously complied with the court's order and that the documents appear to have been lost by prison officials, the Findings and Recommendations filed on April 4, 2005, is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:　June 10, 2005**　　　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1