# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. ASHFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. JEFFREY NEUBARTH, M.D.,<br><br>        Defendant.<br>_____ / | CASE NO. 1:04-CV-6120-OWW-LJO-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO THE ANSWER<br><br>(Doc. 33) |

Plaintiff Edward D. Ashford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this tort action. Defendant Neubarth filed an answer to the complaint on August 25, 2005, and on September 8, 2005, plaintiff filed a motion seeking an extension of time to file a traverse.

A traverse is a recognized pleading in an action in which a petitioner is seeking a writ of habeas corpus. A traverse is not a recognized pleading in a civil tort action such as this. Therefore, the court construes plaintiff's motion to be one for an extension of time to file a reply to defendant's answer. Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer as a matter of right, although the court may order one in its discretion. Fed. R. Civ. P. 7(a). Because the court has not ordered a reply, plaintiff's motion for an extension of time to file a reply to the answer is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    September 12, 2005**            /s/ Lawrence J. O'Neill
i0d3h8                                      UNITED STATES MAGISTRATE JUDGE