UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD DWAYNE ASHFORD, | ) | 1:04-CV-06120 OWW LJO P |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR THIRTY-DAY EXTENSION OF TIME |
| v. | ) ) | TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| DR. JEFFREY NEUBARTH, | ) ) | (DOCUMENT #51) |
| Defendant. | ) ) | |

On October 10, 2006, plaintiff filed a motion to extend time to file an opposition to defendant Neubarth's motion for summary judgment. Defendant Neubarth filed a statement of non-opposition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an opposition to the motion for summary judgment.

IT IS SO ORDERED.

**Dated:** October 30, 2006      /s/ Lawrence J. O'Neill
i0d3h8                           UNITED STATES MAGISTRATE JUDGE