# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. ASHFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. JEFFREY NEUBARTH, M.D.,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:04-cv-6120-OWW-LJO P<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY<br><br>(Doc. 60)<br><br>REPLY DUE ON OR BEFORE JANUARY 22, 2007 |

On December 19, 2006, defendant filed a motion seeking an extension of time to file his reply to plaintiff's opposition to his motion for summary judgment. Good cause having been shown, defendant's motion is GRANTED and defendant shall file his reply on or before January 22, 2007.

IT IS SO ORDERED.

**Dated:   December 20, 2006**　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1