UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DWAYNE ASHFORD,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JEFFREY NEUBARTH,<br><br>　　　Defendants. | 1:04-CV-06120 LJO NEW (DLB) (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #67) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2007, plaintiff filed a motion to extend time to file Objections to the Magistrate Judge's Findings and Recommendations filed April 12, 2007.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file Objections to the Magistrate Judge's Findings and Recommendations filed April 12, 2007.

　　　IT IS SO ORDERED.

　　　Dated: __June 14, 2007__　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE