# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. ASHFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. JEFFREY NEUBARTH, M.D.,<br><br>        Defendant.<br>_____/ | CASE NO. 1:04-cv-06120-LJO-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 50 and 65)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT FOR DEFENDANT |

      Plaintiff Edward D. Ashford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this tort action filed on August 17, 2004. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On April 12, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On June 14, 2007, plaintiff was granted a thirty-day extension of time to file an Objection, but to date, neither party has objected.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      The Findings and Recommendations, filed April 12, 2007, is adopted in full;

///

1   2.   Defendant's motion for summary judgment, filed September 7, 2006, is GRANTED, thus concluding this matter in its entirety; and

3.   The Clerk of the Court shall enter judgment for defendant and against plaintiff and close this action.

IT IS SO ORDERED.

**Dated:   August 16, 2007**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE